IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DAN HOWITT,

     Plaintiff,

v.                                        CASE NO.: 1:24-cv-12450-AK

VINODIVINO, DAVID UCCI,
MICHAEL MENDES,
MANIKA KHANNA, JANE DOE 1,
JANE DOE 2 and JANE DOE 3,

     Defendants.

_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

     Pursuant to the provisions of Federal. R. Civ. P. 41(a)(1) (A)(i), the parties to the above captioned action hereby stipulate that this action be dismissed with prejudice, without costs, and waiving all rights to appeal.  This dismissal includes any and all claims that have been or could have been asserted, including all cross-claims, counter-claims, and third-party claims.

Respectfully submitted,

| | |
|---|---|
| Plaintiff,<br>Dan Howitt (pro se) | Defendants,<br>David Ucci, Michael Mendes and<br>Manika Khanna,<br>By their attorney, |
| */s/ Dan Howitt*<br>Dan Howitt | */s/ Jeffrey D. Swartz*<br>Jeffrey D. Swartz, Esq. BBO# 556234<br>Demers Swartz Law Group<br>11 Apex Drive, Suite 300A<br>Marlboro, MA 01752<br>Tel.: (716) 845-4259<br>jeffrey.swartz@selective.com |

Dated: May 2, 2025

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 2, 2025, I electronically filed the foregoing document by using the CM/ECF system.  I certify that the following parties or their counsel of record are registered as ECF Filers and that they will be served by the CM/ECF system:

Dan Howitt

*/s/  Jeffrey D. Swartz*
JEFFREY D. SWARTZ